# UNITED STATES of America, Plaintiff–Appellee,

v.

## Daniel MORSE, Defendant–Appellant.

No. 06–16463

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 29, 2007.

H. Kyle Fletcher Oviedo, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT, and HILL, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Daniel Morse, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Morse's conviction and sentence are **AFFIRMED.**